METHFESSEL & WERBEL, ESQS.
450 Seventh Avenue, Suite 1400
New York, NY 10123
(212) 947-1999
Attorneys for BMS Catastrophe, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOLBERTO AVILA AND BRIGIDA AVILA,<br><br>    Plaintiff,<br><br>-AGAINST-<br><br>ALAN KASMAN D/B/A KASCO,<br>ANN TAYLOR STORES<br>CORPORATION,<br>BATTERY PARK CITY AUTHORITY,<br>BLACKMON-MOORING-STEAMATIC<br>CATASTOPHE, INC., D/B/A BMS<br>CAT, et.al.<br><br>    Defendants. | 21 MC 102 (AKH)<br><br>INDEX NO.: 07CV1564<br><br><br>**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT** |

PLEASE TAKE NOTICE THAT Defendant, BMS Catastrophe, Inc. s/h/a Blackmon-Mooring-Steamatic Catastophe, Inc. d/b/a BMS Catastrophe, by their attorneys, Methfessel & Werbel, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopts their Answer and defenses to the Master Complaint, dated July 26, 2007, which was filed in the matter of:   *In Re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).*

To the extent that Defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above captioned matter, Defendant, Defendant, BMS Catastrophe, Inc., denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, the defendant, Defendant, BMS Catastrophe, Inc., demands judgment dismissing the above captioned action as against them, together with costs, disbursements and such other and further relief as this Court deems just and proper.

DATED:  New York, New York
        September 10 2007

                                **METHFESSEL & WERBEL, ESQS.**
                                Attorneys for BMS Catastrophe

                                By:_____
                                    Frank J. Keenan (FK 8922)
                                    450 Seventh Avenue
                                    Suite 1400
                                    New York, New York 10123
                                    (212) 947-1999