UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER              :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION          :
:
:
:
:
:
-----------------------------------------------------------------X
NOLBERTO AVILA AND BRIGIDA AVILA,           :  07-CV-01564-AKH
:
Plaintiffs,                                 :
:  **APPEARANCE**
- against -                                 :
:
ALAN KASMAN D/B/A KASCO, *et al.*,          :  **ELECTRONICALLY FILED**
:
Defendants.                                 :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York                  DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                    By:     /s/  Judith R. Cohen
                                    _____
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.

DOCSNY-271331v01