UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------------X        07CV01564(AKH)
NOLBERTO AVILA AND BRIGIDA AVILA,

                        Plaintiffs,

      - against –                                              AMENDED
                                                                                           ANSWER

90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP INC.,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BOARD OF EDUCTION OF THE CITY OF NEW YORK,
BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., DEPARTMENT OF BUSINESS SERVICES,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC.,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NEW YORK UNIVERSITY,
NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE(UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THAMES REALTY CO, TOSCORP INC.,
TRIBECA LANDING LLC,
VERIZON NEW YORK INC,
WESTON SOLUTIONS, INC., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP,
WFP TOWER B. CO., L.P.,
WFP TOWER D CO GP CORP,
WFP TOWER D HOLDING CO I LP,
WFP TOWER D HOLDING CO II LP,
WFP TOWER D HOLDING I GP CORP and

WFP TOWER D CO LP, ET AL

                                    Defendants.

------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       January 22, 2008

                                    Yours, etc.

                                    FRIEDMAN, HARFENIST, LANGER & KRAUT
                                    Attorneys for Defendant –Envirotech
                                    3000 Marcus Avenue, Suite 2E1
                                    Lake Success, New York 11042
                                    (516) 775-5800

                                    BY: _____
                                          Heather L. Smar (4622)